1  **CHRISTOPHER ASHWORTH (SBN 54889)**
   **SILICON VALLEY LAW GROUP**
2  **A Law Corporation**
   **25 Metro Drive, Suite 600**
3  **San Jose, CA  95110**
   **Telephone:    (408) 573-5700**
4  **Facsimile:    (408) 573-5701**

5  **Attorneys for Plaintiff,**

FILED

2008 FEB -4 P 3: 33

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J

ADR

E-FILING

6

7

8                    **UNITED STATES DISTRICT COURT**

9            **NORTHERN DISTRICT OF CALIFORNIA (SAN JOSE)**

10 AIMEE KLINE, an individual,                )   **C08   00789   HRL**
                                              )   Case No.
11                        Plaintiff,          )   **PLAINTIFF'S CERTIFICATION**
                                              )   **OF INTERESTED PARTIES**
12              v.                            )   **PURSUANT TO FRCP 7.1 AND**
                                              )   **L.R. 3-16**
13 WILD GAME NG, LLC D/B/A THE SIENA          )
   HOTEL CASINO & SPA, and DOES 1 through     )
14 10, inclusive,                             )
                                              )
15                        Defendants.         )
   _____)

16        Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, other than the

17 named parties, there is no such interest to report.

18

19 DATED: February 4, 2008

20                                      SILICON VALLEY LAW GROUP
                                        A Law Corporation
21
                                        By:_____
22                                          CHRISTOPHER ASHWORTH
                                            Attorneys for Plaintiff
23

24

25

26

27

28

                    PLAINTIFF'S CERTIFICATION AS TO INTERESTED PARTIES
                                              1