Christopher Ashworth (SBN 54889)
SILICON VALLEY LAW GROUP
25 Metro Drive, Suite 600
San Jose, CA 95110
Telephone: (408) 573-5700

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

AIMEE KLINE

    Plaintiff(s),

v.

WILD GAME, LLC, d/b/a/ THE SIENA HOTEL CASINO & SPA, et al.

    Defendant(s).

No. C 08 00789 HRL

**CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE**

CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

    In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party hereby voluntarily consents to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment. Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

Dated: March 6, 2008

_____
Signature

Counsel for   Plaintiff, AIMEE KLINE
(Plaintiff, Defendant or indicate "pro se")

*Kline v. Wild Game LLC d/b/a The Siena Hotel Casino & Spa*
U.S.D.C. N.D. Calif, Case No. C 08 00789 HRL

## PROOF OF SERVICE

I declare as follows:  I am over eighteen years of age and not a party to the within action; I am employed in the County of Santa Clara, California; my business address is 25 Metro Drive, Suite 600, San Jose, CA 95110.

On March 6, 2008, I served a true and correct copy of the following document[s], with all exhibits, if any: **CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE** on the following party[ies]:

Melissa L. Exline, Esq.
Perry & Spann
6130 Plumas Street
Reno, NV 89519
Email: mexline@perry spann.com

[XX] **BY U. S. MAIL:** I am readily familiar with my employer's business practice for collection and processing of correspondence for mailing with the United States Postal Service. I served the above document[s] on the party[ies] named above in the above-referenced matter, by following ordinary business practice, placing a true copy thereof enclosed in a sealed envelope, for collection and mailing with the United States Postal Service where it would be deposited for certified mail, first class delivery, postage fully prepaid, in the United States Postal Service that same day in the ordinary course of business, addressed to the party[ies] at the address[es] listed above. [C.C.P. §1013(a)]

[ ] **BY FEDERAL EXPRESS:** I served the above-named document[s] on the party[ies] named above, in the above-referenced matter, by depositing the above document[s] in a box or other facility regularly maintained by Federal Express, in an envelope or package designated by Federal Express, with delivery fees paid on prepaid account, addressed to the party[ies] at the address[es] listed above. [C.C.P. §1013(c)]

[ ] **BY FACSIMILE:** On _____, 2007 by use of fax machine number [408] 573-7864 or [408] 573-5720, I served the above-named document[s] on the party[ies] named above, in the above-referenced matter, by transmitting by fax machine to each party's fax machine number listed above. The fax machine I used complied with California Rules of Court, Rule 2003, and no error was reported by the machine. Pursuant to California Rules of Court, Rule 2006(d), I caused the machine to print a transmission record of the transmission, a copy of which is attached to this declaration.

[ ] **BY PERSONAL DELIVERY:** By personally delivering said document(s) to the party or parties listed above at the addresses listed above.

I declare under penalty of perjury under the laws of the state of California that the foregoing is true and correct, and that this declaration was executed on March 6, 2008, at San Jose, California.

_____
Debi Adams

Silicon Valley Law Group
25 Metro Drive
Suite 600
San Jose, CA 95110
(408) 573-5700

PROOF OF SERVICE