1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

9

## NORTHERN DISTRICT OF CALIFORNIA (SAN JOSE)

10

AIMEE KLINE, an individual,

11
          Plaintiff,

12
      vs.

13

WILD GAME NG, LLC d/b/a THE SIENA

14
HOTEL CASINO & SPA and DOES 1 through
10, inclusive,

15

16
          Defendant.

17

18
_____
      /

19

Case No.: C08 00789 HRL

**[PROPOSED] ORDER GRANTING DEFENDANT'S MOTION TO DISMISS FOR LACK OF SUBJECT MATTER JURISDICTION, LACK OF PERSONAL JURISDICTION, AND IMPROPER VENUE, OR ALTERNATIVELY, MOTION TO TRANSFER VENUE; MOTION TO QUASH SERVICE OF PROCESS; AND MOTION TO DISMISS DUE TO FORUM *NON CONVENIENS***

Date:   April 15, 2008 (Reserved)
Time: 10:00 a.m.
Courtroom No: 2, Fifth Floor

20

## ORDER

21       The motion of Defendant WILD GAME NG, LLC d/b/a THE SIENA HOTEL CASINO

22 & SPA (hereafter "Defendant" or "Siena Hotel") moved as follows:

23       (1) to dismiss Plaintiff's Complaint filed on February 4, 2008 for lack of subject matter

24 jurisdiction pursuant to Rule 12(b)(1) of the Federal Rules of Civil Procedure ("Fed.R.Civ.P.");

25 and,

26       (2) to dismiss Plaintiff's Complaint for lack of personal jurisdiction pursuant to

27 Fed.R.Civ.P. 12(b)(2); and,

28       (3) to dismiss the for improper venue pursuant to Fed.R.Civ.P. 12(b)(3) and 28 U.S.C. §

1   1406(a) or, alternatively, transfer the matter to Nevada as a more convenient forum pursuant to

2   28 USC § 1404(a); and,

3       (4) to quash service of process due to lack of subject matter and/or personal jurisdiction;

4   and lastly,

5       (5) to dismiss the action based on forum *non conveniens*,

6   came on regularly for hearing on April 15, 2008, at 10:00 a.m. in Courtroom 2 of the above-

7   entitled .  Plaintiff appeared through his counsel, Silicon Valley Law Group, Christopher

8   Ashworth, Esq.

9       On proof being made to the Court that this Court does not have personal jurisdiction over

10   Defendant WILD GAME NG, LLC d/b/a THE SIENA HOTEL CASINO & SPA,

11       IT IS ORDERED that the motion be, and hereby is, granted and Defendant WILD GAME

12   NG, LLC d/b/a THE SIENA HOTEL CASINO & SPA is hereby dismissed from this action with

13   prejudice.

14       Dated: _____

17                                _____

18                                HOWARD R. LLOYD
                             United States Magistrate Judge