CHRISTOPHER ASHWORTH (SBN 54889)
SILICON VALLEY LAW GROUP
A Law Corporation
25 Metro Drive, Suite 600
San Jose, CA 95110
Telephone: (408) 573-5700
Facsimile: (408) 573-5701
Email: ca@svlg.com

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA (SAN JOSE)

| | |
|---|---|
| AIMEE KLINE, an individual,<br><br>    Plaintiff,<br><br>vs.<br><br>WILD GAME NG, LLC D/B/A/ THE SIENA HOTEL CASINO & SPA and DOES 1 through 10, inclusive,<br><br>    Defendant. | CASE NO.: **C08 00789 HRL**<br><br>**PLAINTIFF'S NOTICE OF NON-OPPOSITION TO PART OF THE MOTION OF DEFENDANT WILD GAME NG, LLC**<br><br>**DATE:** APRIL 15, 2008<br>**TIME:** 10:00 A.M.<br>**CTRM:** 2 |

Plaintiff respectfully shows:

    **1. The motion to dismiss for want of subject matter jurisdiction.**  Plaintiff does not oppose the motion of defendant Wild Game Ng, LLC ["defendant"] on the ground that the court lacks subject matter jurisdiction under the authority, *inter alia*, of *Johnson v. Columbia Properties* (9th Cir. 2006) which holds that a limited liability company is a citizen of any state of which a member may be a citizen.  Plaintiff concedes that defendant's only member, Barney Ng, is a citizen of California.

    **2. The other grounds of the motion.**  The balance of the motion should be ordered off calendar as moot in view of the court's lack of subject matter jurisdiction.

//

//

**PLAINTIFF'S NOTICE OF NON-OPPOSITION**
1

10223155

**3. The proposed order.**  A proposed order dismissing the action on the ground of want of subject matter jurisdiction and ordering the balance of the motion off calendar as moot is filed concurrently herewith.

DATED: March 25, 2008  SILICON VALLEY LAW GROUP
A Law Corporation


By:    /s/ Christopher Ashworth
         Christopher Ashworth

*Kline v. Wild Game LLC d/b/a The Siena Hotel Casino & Spa*
**U.S.D.C. N.D. Calif, Case No. C 08 00789 HRL**

## PROOF OF SERVICE

I declare as follows: I am over eighteen years of age and not a party to the within action; I am employed in the County of Santa Clara, California; my business address is 25 Metro Drive, Suite 600, San Jose, CA 95110.

On March 25, 2008, I served a true and correct copy of the following document[s], with all exhibits, if any: **PLAINTIFF'S NOTICE OF NON-OPPOSITION TO PART OF THE MOTION OF DEFENDANT WILD GAME NG, LLC** on the following party[ies]:

Melissa L. Exline, Esq.
Perry & Spann
6130 Plumas Street
Reno, NV 89519
Email: mexline@perry spann.com

**[XX] BY U. S. MAIL:** I am readily familiar with my employer's business practice for collection and processing of correspondence for mailing with the United States Postal Service. I served the above document[s] on the party[ies] named above in the above-referenced matter, by following ordinary business practice, placing a true copy thereof enclosed in a sealed envelope, for collection and mailing with the United States Postal Service where it would be deposited for certified mail, first class delivery, postage fully prepaid, in the United States Postal Service that same day in the ordinary course of business, addressed to the party[ies] at the address[es] listed above. [C.C.P. §1013(a)]

**[ ] BY FEDERAL EXPRESS:** I served the above-named document[s] on the party[ies] named above, in the above-referenced matter, by depositing the above document[s] in a box or other facility regularly maintained by Federal Express, in an envelope or package designated by Federal Express, with delivery fees paid on prepaid account, addressed to the party[ies] at the address[es] listed above. [C.C.P. §1013(c)]

**[ ] BY FACSIMILE:** On _____, 2007 by use of fax machine number [408] 573-7864 or [408] 573-5720, I served the above-named document[s] on the party[ies] named above, in the above-referenced matter, by transmitting by fax machine to each party's fax machine number listed above. The fax machine I used complied with California Rules of Court, Rule 2003, and no error was reported by the machine. Pursuant to California Rules of Court, Rule 2006(d), I caused the machine to print a transmission record of the transmission, a copy of which is attached to this declaration.

**[ ] BY PERSONAL DELIVERY:** By personally delivering said document(s) to the party or parties listed above at the addresses listed above.

I declare under penalty of perjury under the laws of the state of California that the foregoing is true and correct, and that this declaration was executed on March 25, 2008, at San Jose, California.

/s/Debi Adams
Debi Adams