1 | CHRISTOPHER ASHWORTH (SBN 54889)
SILICON VALLEY LAW GROUP
2 | A Law Corporation
25 Metro Drive, Suite 600
3 | San Jose, CA 95110
Telephone: (408) 573-5700
4 | Facsimile: (408) 573-5701
Email: ca@svlg.com

8      **UNITED STATES DISTRICT COURT**

9      **NORTHERN DISTRICT OF CALIFORNIA (SAN JOSE)**

| | |
|---|---|
| AIMEE KLINE, an individual, | CASE NO.: **C08 00789 HRL** |
| Plaintiff, | **(PROPOSED) ORDER GRANTING MOTION OF DEFENDANT TO DISMISS IN PART** |
| vs. | |
| WILD GAME NG, LLC D/B/A/ THE SIENA HOTEL CASINO & SPA and DOES 1 through 10, inclusive, | **AND** |
| | **ORDER TAKING MATTERS OFF CALENDAR** |
| Defendant. | |
| | DATE:     APRIL 15, 2008
TIME:     10:00 A.M.
CTRM:    2 |

The court having read the papers of the moving party and respondent, and being informed in the premises:

IT IS ORDERED

   1. The motion by defendant Wild Game NG, LLC [Defendant] is granted on the ground that this court lacks subject matter jurisdiction in that at least one member of defendant Limited Liability Company is a citizen of California.

IT IS FURTHER ORDERED

   2. The balance of the motion of Defendant is taken off calendar as moot.

DATED: March __ 2008

By:_____
UNITED STATES MAGISTRATE JUDGE

**(PROPOSED) ORDER GRANTING PLAINTIFF'S MOTION TO DISMISS**

10228146                                           1

*Kline v. Wild Game LLC d/b/a The Siena Hotel Casino & Spa*
**U.S.D.C. N.D. Calif, Case No. C 08 00789 HRL**

## PROOF OF SERVICE

I declare as follows: I am over eighteen years of age and not a party to the within action; I am employed in the County of Santa Clara, California; my business address is 25 Metro Drive, Suite 600, San Jose, CA 95110.

On March 25, 2008, I served a true and correct copy of the following document[s], with all exhibits, if any:**(PROPOSED) ORDER GRANTING MOTION OF DEFENDANT TO DISMISS IN PART** on the following party[ies]:

Melissa L. Exline, Esq.
Perry & Spann
6130 Plumas Street
Reno, NV 89519
Email: mexline@perry spann.com

**[XX] BY U. S. MAIL:** I am readily familiar with my employer's business practice for collection and processing of correspondence for mailing with the United States Postal Service. I served the above document[s] on the party[ies] named above in the above-referenced matter, by following ordinary business practice, placing a true copy thereof enclosed in a sealed envelope, for collection and mailing with the United States Postal Service where it would be deposited for certified mail, first class delivery, postage fully prepaid, in the United States Postal Service that same day in the ordinary course of business, addressed to the party[ies] at the address[es] listed above. [C.C.P. §1013(a)]

**[ ] BY FEDERAL EXPRESS:** I served the above-named document[s] on the party[ies] named above, in the above-referenced matter, by depositing the above document[s] in a box or other facility regularly maintained by Federal Express, in an envelope or package designated by Federal Express, with delivery fees paid on prepaid account, addressed to the party[ies] at the address[es] listed above. [C.C.P. §1013(c)]

**[ ] BY FACSIMILE:** On _____, 2007 by use of fax machine number [408] 573-7864 or [408] 573-5720, I served the above-named document[s] on the party[ies] named above, in the above-referenced matter, by transmitting by fax machine to each party's fax machine number listed above. The fax machine I used complied with California Rules of Court, Rule 2003, and no error was reported by the machine. Pursuant to California Rules of Court, Rule 2006(d), I caused the machine to print a transmission record of the transmission, a copy of which is attached to this declaration.

**[ ] BY PERSONAL DELIVERY:** By personally delivering said document(s) to the party or parties listed above at the addresses listed above.

I declare under penalty of perjury under the laws of the state of California that the foregoing is true and correct, and that this declaration was executed on March 25, 2008, at San Jose, California.

                                                  /s/Debi Adams
                                                  Debi Adams