*E-filed 4/2/08*

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| AIMEE KLINE,<br><br>    Plaintiff,<br><br>    v.<br><br>WILD GAME NG, LLC d/b/a THE SIENA HOTEL CASINO & SPA and DOES,<br><br>    Defendants.<br>_____/ | Case No. CV 08-00789 HRL<br><br>**ORDER SETTING DEADLINE FOR DEFENDANT TO FILE EITHER CONSENT TO OR DECLINATION OF MAGISTRATE JUDGE JURISDICTION** |

Because this case has been assigned to a Magistrate Judge, by **April 9, 2008,** Defendant shall file either a Consent to Magistrate Judge Jurisdiction or a Declination to Proceed Before a Magistrate Judge.[1]  If no consent is filed by this date, then the case will be automatically reassigned to a District Court Judge for further proceedings.

**IT IS SO ORDERED.**

Dated: 4/2/08

_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

---

[1] Copies of consent or declination forms are available on the court's website at www.cand.uscourts.gov.

**5:07-cv-3457 Notice has been electronically mailed to:**

Christopher Ashworth ca@svlg.com, amt@svlg.com, dls@svlg.com, keb@svlg.com

Melissa L. Exline mexline@perryspann.com

* Counsel are responsible for providing copies of this order to co-counsel.

Dated:  4/2/08

/s/ KRO
Chambers of Magistrate Judge Lloyd

United States District Court
For the Northern District of California