MELISSA L. EXLINE
California State Bar No. 224459
PERRY & SPANN
A Professional Corporation
6130 Plumas Street
Reno, NV 89519
Telephone: (775) 829-2002

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

AIMEE KLINE,

Plaintiff(s),

v.

WILD GAME NG, LLC d/b/a THE SIENA HOTEL CASINO & SPA and DOES,

Defendant(s).

No. C V 08-00789 HRL

**CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE**

CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party hereby voluntarily consents to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment. Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

Dated: April 3, 2008

_____
Signature

Counsel for Defendant WILD GAME NG
(Plaintiff, Defendant or indicate "pro se")

## PROOF OF SERVICE

Pursuant to Rule 5(b) of the Federal Rules of Civil Procedure, I hereby certify under penalty of perjury that I am an employee of the law firm of Perry & Spann, and that on the 4th day of April, 2008, I caused to be served, via electronic means and U.S. Mail, a true and correct copy of the foregoing **CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE** addressed to counsel of record at their last known addresses as follows:

Christopher Ashworth, Esq.
SILICON VALLEY LAW GROUP
25 Metro Dr., Ste. 600
San Jose, CA 95110

By: *[signature]*
An employee of Perry & Spann