MELISSA L. EXLINE
California State Bar No. 224459
PERRY & SPANN
A Professional Corporation
6130 Plumas Street
Reno, NV 89519
Telephone: (775) 829-2002
Facsimile: (775) 829-1808
Email: mexline@perryspann.com

Attorneys for Defendant
WILD GAME NG, LLC

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA (SAN JOSE)

| | |
|---|---|
| AIMEE KLINE, an individual,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>WILD GAME NG, LLC d/b/a THE SIENA HOTEL CASINO & SPA and DOES 1 through 10, inclusive,<br><br>　　　　Defendant.<br>_____/ | Case No.: C08 00789 HRL<br><br>**DEFENDANT'S REPLY TO PLAINTIFF'S NOTICE OF NON-OPPOSITION TO PART OF DEFENDANT'S MOTION TO DISMISS**<br><br>Date:　April 15, 2008 (Reserved)<br>Time: 10:00 a.m.<br>Courtroom No: 2, Fifth Floor |

**COMES NOW** Defendant WILD GAME NG, LLC d/b/a THE SIENA HOTEL CASINO & SPA and through its attorneys, PERRY & SPANN, A Professional Corporation, and MELISSA L. EXLINE, ESQ., and hereby files its Reply to Plaintiff's Non-Opposition to Part of Defendant's Motion to Dismiss.

**I.    LACK OF SUBJECT MATTER JURISDICTION**

Defendant files this reply since it disagrees with a fact stated in Plaintiff's Non-Opposition. Clearly, subject matter jurisdiction cannot be shown due to the failure in Plaintiff's Complaint to plead facts sufficient to show the membership of Defendant's member(s). Because a limited

liability company is a citizen of every state of which its owners/members are citizens pursuant to *Johnson v. Columbia Properties, Anchorage, LP*, 437 F.3d 894, 899 (9th Cir. 2006), Plaintiff must plead facts sufficient to show this issue. Plaintiff's Complaint is silent on this issue. Indeed, according to the Complaint, it alleges Defendant is "a limited liability company organized under the laws of the State of Nevada;" it's "principal place of business [i]s situated in Reno, Nevada" and, "[f]or diversity purposes, Siena is a citizen of the State of Nevada." Complaint, ¶ 2.

Plaintiff cannot concede that "defendant's only member, Barney Ng, is a citizen of California" (Non-Opposition 1:22-23), since this fact was not alleged in the Complaint, nor stated as a position by the Defendant in its motion to dismiss. Defendant's counsel does not know whether (1) Mr. Ng is the only member of Defendant's company, or (2) whether he is or may be considered a citizen of California.[1] Plaintiff fails to plead any facts related to this issue, a fatal jurisdictional flaw.

## II.  TAKING MATTER OFF CALENDAR

If Defendant's proposed order is accepted and entered, Defendant does not oppose taking the matter off calendar. Hearing is currently set for April 15, 2008, 10:00 a.m. in Courtroom 2.

///
///
///
///
///
///

---

[1] Defendant's position is that to be a citizen of California within the meaning of § 1332, Mr. Ng must be <u>both</u> a citizen of the United States, <u>and</u> a domiciliary of California. For diversity purposes, citizenship means domicile; mere residence in the State is not sufficient. Mr. Ng's domicile has not been plead or proved.

Case No.: C08 00789 HRL

DEFENDANT'S REPLY TO PLAINTIFF'S NOTICE OF NON-OPPOSITION

2

### III. PROPOSED ORDER

A new proposed order on this single issue has been submitted, dismissing the action on the ground of want of subject matter jurisdiction and is filed concurrently herewith.

Respectfully submitted this 27th day of March, 2008.

        PERRY & SPANN
        A Professional Corporation

        /s/ Melissa L. Exline
        MELISSA L. EXLINE, ESQ.
        California State Bar No. 224459
        6130 Plumas Street
        Reno, NV 89519

        Attorneys for Defendant,
        WILD GAME NG LLC dba SIENA HOTEL,
        SPA & CASINO

# PROOF OF SERVICE

**CASE NAME:** *Aimee Kline vs. Wild Game Ng, LLC dba The Siena Hotel Casino & Spa and DOES 1 through 10, inclusive.*

**COURT/NO:** U.S.D.C. N.D. Calif., Case No. C08 00789 HRL

I declare as follows: I am over eighteen years of age and not a party to the within action; I am employed in the County of Washoe; my business address is 6130 Plumas Street, Reno, Nevada, 89519.

On this date I served the attached document, **DEFENDANT'S REPLY TO PLAINTIFF'S NOTICE OF NON-OPPOSITION TO PART OF DEFENDANT''S MOTION TO DISMISS** addressed as follows:

Christopher Ashworth, Esq.
SILICON VALLEY LAW GROUP
25 Metro Dr., Ste. 600
San Jose, CA 95110
EMAIL: ca@svlg.com

 (U.S. MAIL) I am readily familiar with this firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. Postal Service on that same day with postage thereon fully prepaid at Reno, Nevada, in the ordinary course of business. [CCP sections 1012, 1013, 1013(a)]

☐ (BY FACSIMILE) I caused a true facsimile thereof to be electronically transmitted to the above parties by using their facsimile number indicated above. Said transmission was reported as complete and without error. A copy of the transmission report shall be attached to this proof of service and kept with the file.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on this <u>27th</u> day of March, 2008, at Reno, Nevada.

By: <u>/s/ Charlotte Spears</u>
Charlotte Spears, an employee of Perry & Spann

---

Case No.: C08 00789 HRL

DEFENDANT'S REPLY TO PLAINTIFF'S NOTICE OF NON-OPPOSITION

4