MELISSA L. EXLINE (SBN 224459)
PERRY & SPANN
A Professional Corporation
6130 Plumas Street
Reno, NV 89519
Telephone: (775) 829-2002
Facsimile: (775) 829-1808
Email: mexline@perryspann.com

Attorneys for Defendant
WILD GAME NG, LLC

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA (SAN JOSE)

| | |
|---|---|
| AIMEE KLINE, an individual, | Case No.: C08 00789 HRL |
| Plaintiff, | **[PROPOSED] ORDER GRANTING DEFENDANT'S MOTION TO DISMISS FOR LACK OF SUBJECT MATTER JURISDICTION AND ORDER TAKING MATTER OFF CALENDAR** |
| vs. | |
| WILD GAME NG, LLC d/b/a THE SIENA HOTEL CASINO & SPA and DOES 1 through 10, inclusive, | Date: April 15, 2008 (Reserved)<br>Time: 10:00 a.m. |
| Defendant. | Courtroom No: 2, Fifth Floor |

The court having read the papers of the moving party and respondent's non-opposition thereto, hereby orders as follows:

IT IS HEREBY ORDERED that Defendant Wild Game Ng, LLC's motion is granted on the ground that Plaintiff has failed plead facts to show this Court has subject matter jurisdiction.

/ / /

/ / /

[Proposed] Order Granting Defendant's Motion to Dismiss

1  IT IS FURTHER ORDERED that the balance of Defendant's motion is taken off calendar
2 as moot.
3
4  Dated: _____
5
6
7                                              _____
8                                              HOWARD R. LLOYD
                                               United States Magistrate Judge
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28           [Proposed] Order Granting Defendant's Motion to Dismiss