*E-filed 4/11/08*

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| AIMEE KLINE, <br><br> Plaintiff, <br><br> v. <br><br> WILD GAME NG, LLC d/b/a THE SIENA HOTEL CASINO & SPA and DOES, <br><br> Defendants. | Case No. CV 08-00789 HRL <br><br> **ORDER (1) GRANTING DEFENDANT'S MOTION TO DISMISS AND (2) VACATING HEARING DATE** <br><br> Re: Docket No. 4 |

Plaintiff, a California citizen, alleges that she was injured while dining at a restaurant inside Defendant's casino. The asserted basis for federal jurisdiction is diversity of citizenship. The complaint alleges Defendant is a Nevada citizen because (1) it is a limited liability company (LLC) organized under the laws of Nevada and because (2) it has its principal place of business in Nevada. Complaint, ¶ 2. Defendant moves to dismiss for lack of subject matter jurisdiction and for other various grounds.[1]

---

[1] Defendant also moved to dismiss for lack of personal jurisdiction, improper venue, *forum non conveniens*, or, alternatively, sought to transfer the matter to Nevada.

Having considered the papers of the moving party and Plaintiff's response, this matter is deemed appropriate for determination without oral argument. *See* Civil Local Rule 7-1(b). Accordingly, the April 15, 2008 hearing is vacated and the court now orders as follows:[2]

## I. SUBJECT MATTER JURISDICTION

### LEGAL STANDARD

"Whenever it appears by suggestion of the parties or otherwise that the court lacks jurisdiction of the subject matter, the court shall dismiss the action." FED. R. CIV. P. 12(h)(3). A lack of jurisdiction is presumed unless the party asserting jurisdiction establishes that it exists. *See Kokkonen v. Guardian Life Ins. Co. of America*, 511 U.S. 375, 377 (1994); *see also Stock West, Inc. v. Confederated Tribes*, 873 F.2d 1221, 1225 (9th Cir. 1989). In diversity actions, the burden is on the plaintiff to plead and prove the citizenship of the parties. *Bautista v. Pan American World Airlines, Inc.*, 828 F.2d 546, 552 (9th Cir. 1987).

"A jurisdictional challenge under Rule 12(b)(1) may be made either on the face of the pleadings or by presenting extrinsic evidence." *Warren v. Fox Family Worldwide, Inc.*, 328 F.3d 1136, 1139 (9th Cir. 2003) (citing *White v. Lee*, 227 F.3d 1214, 1242 (9th Cir. 2000)). "In a facial attack, the challenger asserts that the allegations contained in a complaint are insufficient on their face to invoke federal jurisdiction." *Safe Air for Everyone v. Meyer*, 373 F.3d 1035, 1039 (9th Cir. 2004).

### DISCUSSION

Defendant argues that for purposes of diversity jurisdiction, the limited liability company is a citizen of every state of which its owners or members are citizens. *Johnson v. Columbia Properties Anchorage, LP*, 437 F.3d 894, 899 (9th Cir. 2006). Here, the complaint does not identify any members of the Defendant LLC, nor does it allege their respective places of citizenship. Therefore, Defendant says the complaint should be dismissed as facially invalid

---

[2] Pursuant to Fed. R. Civ. P. 73 and 28 U.S.C. § 636(c), both parties have consented that all proceedings in this matter may be heard and finally adjudicated by the undersigned.

1 because it fails to plead facts necessary to establish subject matter jurisdiction. FED. R. CIV. P.
2 12(b)(1).
3     Plaintiff submitted a statement of non-opposition, conceding the case should be dismissed
4 for lack of subject matter jurisdiction pursuant to the *Johnson* authority.  Accordingly, the motion
5 to dismiss is GRANTED for lack of subject matter jurisdiction.

## II.    REMAINDER OF MOTION

The balance of Defendant's motion is DENIED AS MOOT.

**IT IS SO ORDERED.**

Dated:  4/11/08

HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

**5:07-cv-3457 Notice has been electronically mailed to:**

Christopher Ashworth ca@svlg.com, amt@svlg.com, dls@svlg.com, keb@svlg.com

Melissa L. Exline mexline@perryspann.com

\* Counsel are responsible for providing copies of this order to co-counsel.

Dated: 4/11/08

                                          /s/ KRO
                               Chambers of Magistrate Judge Lloyd