*E-filed 4/11/08*

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| AIMEE KLINE, | Case No. CV 08-00789 HRL |
| Plaintiff, | |
| v. | **JUDGMENT** |
| WILD GAME NG, LLC d/b/a THE SIENA HOTEL CASINO & SPA and DOES, | |
| Defendants. | |

Defendant's motion to dismiss for lack of subject matter jurisdiction having been granted, IT IS ORDERED, ADJUDGED AND DECREED THAT judgment of dismissal be entered and that plaintiff take nothing by her complaint. The Clerk shall close the file.

**IT IS SO ORDERED.**

Dated: 4/11/08

_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

**5:07-cv-3457 Notice has been electronically mailed to:**

Christopher Ashworth ca@svlg.com, amt@svlg.com, dls@svlg.com, keb@svlg.com

Melissa L. Exline mexline@perryspann.com

\* Counsel are responsible for providing copies of this order to co-counsel.

Dated: 4/11/08

                                          /s/ KRO
                                Chambers of Magistrate Judge Lloyd